UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| J.C., et al., | Case No. 5:25-cv-03502-PCP |
|---|---|
| Plaintiffs, | |
| v. | **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| KRISTI NOEM, et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby referred to the Honorable Jeffrey S. White for consideration of whether the case is related to Doe v. Trump et al., No. 25-cv-3140.

**IT IS SO ORDERED.**

Dated: April 24, 2025

P. Casey Pitts
United States District Judge