UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.C. et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>    Defendants. | Case No. 25-cv-03502-PCP  (JSW)<br><br>**ORDER REQUIRING RESPONSE**<br><br>Dkt. No. 11 |

The Court has received the *sua sponte* referral order for purposes of determining whether this case is related to 21-cv-3140, *Doe v. Trump*. In light of the pending request for a TRO (Docket No. 9) and fact that time is of the essence, the Court ORDERS the parties to respond by filing an opposition or statement of non-opposition in case 21-cv-3140 by no later than 1:00 p.m. on. April 24, 2025. If the parties does not respond by that time, the Court will construe it as an acceptance of relation, relate the cases, and set the request for a TRO on calendar for a hearing on April 25, 2025 at 9:00 a.m.

**IT IS SO ORDERED**.

Dated: April 24, 2025

_____
JEFFREY S. WHITE
United States District Judge