UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

**DATE**: April 25, 2025

**TIME IN COURT**: 2 Hours, 8 Minutes

**JUDGE**: JEFFREY S. WHITE

**COURT REPORTER**: Raynee Mercado

**COURTROOM DEPUTY**: Nicole Hall

**CASE NO.**: 25-cv-03502-JSW

**TITLE**: J.C., et al. v. Kristi Noem, et al.

| **COUNSEL FOR PLAINTIFF**: | **COUNSEL FOR DEFENDANT**: |
|---|---|
| John Nicholas Sinodis | Elizabeth D. Kurlan |
| Marc Van Der Hout | Pamela Johann – Specially Appearing |

**PROCEEDINGS**: Hearing on MOTION for Temporary Restraining Order – Held.
　　　　　　　　Status Conference – Not Held

**RESULTS**: Motion for Temporary Restraining Order - GRANTED.
　　　　　　Motion for Preliminary Injunction – CONTINUED.

The Court orders the Temporary Restraining Order is extended for an additional 14 days.

The Court will conduct a Preliminary Injunction hearing on May 13, 2025, at 9:00AM, in Courtroom 5.

The Court takes the matter under submission and will prepare a written order outlining the briefing schedule and identifying the subject each brief should address, in preparation for the May 13, 2025, Preliminary Injunction hearing.