Zachary Nightingale (CA Bar ## 184501)
Marc Van Der Hout (CA Bar #80778)
Johnny Sinodis (CA Bar # 290402)
Van Der Hout LLP
360 Post Street, Suite 800
San Francisco, CA 94108
Telephone: (415) 981-3000
Fax: (415) 981-3003
Email: ndca@vblaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| J.C., L.Z., A.O., V.A., A.B., W.W., Y.Z., D.Y., I.P., T.W., E.S., H.L., | Case No.: 4:25-cv-03502-JSW |
| Plaintiffs, | **NOTICE TO THE COURT REGARDING PLAINTIFFS' SEVIS RECORDS** |
| v. | |
| Kristi NOEM, in her official capacity, Secretary, U.S. Department of Homeland Security; | |
| Todd M. LYONS, in his official capacity, Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security; | |
| Moises BECERRA, in his official capacity, Acting Field Office Director of San Francisco Office of Detention and Removal, U.S. Immigrations and Customs Enforcement, U.S. Department of Homeland Security; and | |
| Donald J. TRUMP, in his official capacity, President of the United States of America; | |
| Defendants. | |

As requested at the hearing on April 25, 2025, at 9:00 a.m., undersigned counsel respectfully submits this Notice to the Court regarding Plaintiffs' SEVIS records.

- J.C.'s Student and Exchange Visitor Program (SEVP) Portal reflects that their SEVIS record has not been reactivated.
- L.Z.'s SEVP Portal reflects that their SEVIS record has not been reactivated.
- A.O.'s SEVP Portal reflects that their SEVIS record has not been reactivated.
- V.A. was informed by their Designated School Official (DSO) on April 25, 2025 that their SEVIS record was reactivated.
- A.B.'s SEVP Portal reflects that their SEVIS record has been reactivated.
- W.W.'s SEVP Portal reflects that their SEVIS record has not been reactivated.
- Y.Z.'s SEVP Portal reflects that their SEVIS record has been reactivated.
- D.Y.'s SEVP Portal reflects that their SEVIS record has not been reactivated.
- I.P.'s SEVP Portal reflects that their SEVIS record has not been reactivated.
- T.W.'s SEVP Portal reflects that their SEVIS record has not been reactivated.
- E.S.'s SEVP Portal reflects that their SEVIS record has not been reactivated
- H.L.'s SEVP Portal reflects that their SEVIS record has been reactivated.

Plaintiffs have not yet been informed if their SEVIS records were restored *nunc pro tunc*.

/s/Johnny Sinodis
Johnny Sinodis
Attorney for Plaintiffs