PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: 415-436-7200
    Facsimile: 415-436-6748
    elizabeth.kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.*,<br><br>    Defendants. | Case No. 4:25-cv-03140-JSW<br><br>**DEFENDANTS' STATEMENT REGARDING REACTIVATION OF PLAINTIFFS' SEVIS RECORDS**<br><br>The Honorable Jeffrey S. White |
| S.Y., *et al.*,<br><br>    Plaintiff,<br><br>  v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the United States Department of Homeland Security, *et al*,<br><br>    Defendants. | Case No. 4:25-cv-3244-JSW |

| | | |
|---|---|---|
| 1 | ZHOUER CHEN, *et al*.  ) | Case No. 4: 25-cv-3292-JSW |
| 2 | Plaintiff,  ) | |
| 3 | v.  ) | |
| 4 | KRISTI NOEM, *et al*.,  ) | |
| 5 | Defendants.  ) | |
| 8 | JUNGWON KIM, *et al*.,  ) | Case No. 4:25-cv-3383-JSW |
| 9 | Plaintiffs,  ) | |
| 10 | v.  ) | |
| 11 | KRISTI NOEM, *et al*.,  ) | |
| 12 | Defendants.  ) | |
| 14 | W.B.  ) | Case No. 4:25-cv-3407-JSW |
| 15 | Plaintiff,  ) | |
| 16 | v.  ) | |
| 17 | KRISTI NOEM, *et al*.,  ) | |
| 18 | Defendants.  ) | |
| 21 | EMMA BAI,  ) | Case No. 4:25-cv-3481-JSW |
| 22 | Plaintiff,  ) | |
| 23 | v.  ) | |
| 24 | KRISTI NOEM, *et al*.,  ) | |
| 25 | Defendant.  ) | |

DEFENDANTS' STATEMENT REGARDING REACTIVATION OF SEVIS RECORDS
4:25-cv-03140- JSW and related cases

| | |
|---|---|
| SKY QUI, | Case No. 4:25-cv-3475-JSW |
| Plaintiff, | |
| v. | |
| TODD M. LYONS, | |
| Defendant. | |
| | |
| J.C. *et al.*, | Case No. 4:25-cv-3502-JSW |
| Plaintiffs, | |
| v. | |
| KRISTI NOEM, *et al.*, | |
| Defendants. | |
| | |
| SHANGSHANG WANG, *et al.*, | Case No. 4:25-cv-3323-JSW |
| Plaintiffs, | |
| v. | |
| KRISTI NOEM, *et al.*, | |
| Defendants. | |

DEFENDANTS' STATEMENT REGARDING REACTIVATION OF SEVIS RECORDS
4:25-cv-03140- JSW and related cases

Following a hearing this morning on the motions for a temporary restraining order in these related cases, the Court ordered Defendants to file a brief "that addresses the information provided to the Court at the start of the hearing regarding the reinstatement of SEVIS records. That brief shall include any information Defendants are able to provide regarding what notice and opportunity an agency will provide an F-1 nonimmigrant before terminating a SEVIS record." *Doe v. Trump*, No. 25-cv-03140, Dkt. No. 45. Based on the information currently available to the undersigned, Defendants respond as follows:

1. Defendant Immigration and Customs Enforcement ("ICE") is developing a policy that will provide a framework for SEVIS record terminations. Until such a policy is issued, the SEVIS records for the plaintiffs in these above-captioned cases (and other similarly situated plaintiffs) will remain Active or shall be re-activated if not currently active. ICE maintains the authority to terminate a SEVIS record for other reasons, such as if the plaintiff fails to maintain his or her nonimmigrant status after the record is reactivated or engages in other unlawful activity that would render him or her removable from the United States under the Immigration and Nationality Act.

2. To effect the reactivation of SEVIS records, ICE must change the status manually after logging in to each individual SEVIS account. This process can take some time. As Plaintiffs represented to the Court this morning, many of the plaintiffs have already had their records reactivated. For the remaining plaintiffs, Defendants anticipate that reactivation will be effected shortly. ICE is working to complete this process as soon as possible.

3. As set forth in Paragraph 1, SEVIS records will remain active until ICE's new policy is implemented. ICE is in the process of developing that policy. We are unable to make any representations to the Court at this time regarding the content of the new framework, including whether it will contain a process for notice and opportunity to respond prior to termination of SEVIS records by ICE, or what that process would be.

DATED: April 25, 2025                    Respectfully submitted,

                                         PATRICK D. ROBBINS
                                         Acting United States Attorney

1
2
                                                    *s/ Elizabeth D. Kurlan*
                                                    ELIZABETH D. KURLAN
                                                    Assistant United States Attorney

3                                                   *Attorneys for Defendants*

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DEFENDANTS' RESPONSE REGARDING REACTIVATION OF SEVIS RECORDS
4:25-cv-3140 JSW and related cases            2