Zachary Nightingale (CA Bar ## 184501)
Marc Van Der Hout (CA Bar #80778)
Johnny Sinodis (CA Bar #290402)
Van Der Hout LLP
360 Post St., Suite 800
San Francisco, CA 94108 Telephone: (415) 981-3000 Facsimile: (415) 981-3003
Email: ndca@vblaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| John Doe,<br><br>    Plaintiff,<br><br>    v.<br><br>Donald J. TRUMP, in his official capacity, President of the United States of America, et al.<br><br>    Defendants. | Case Nos. 4:25-cv-03140-JSW<br><br>**DECLARATION OF JOHNNY SINODIS IN SUPPORT OF PLAINTIFFS' CONSOLIDATED SUPPLEMENTAL BRIEF**<br><br><u>Request for Declaratory and Injunctive Relief</u><br><br>Judge: Hon. Jeffrey White<br>Hearing Date: May 13, 2025<br>Hearing Time: 9:00 a.m. |
| Zhuoer Chen, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>Kristi NOEM, in her official capacity, Secretary of the U.S. Department of Homeland Security, et al.<br><br>    Defendants. | Case Nos. 4:25-cv-03292-JSW<br><br>**DECLARATION OF JOHNNY SINODIS IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEF**<br><br><u>Request for Declaratory and Injunctive Relief</u><br><br>Judge: Hon. Jeffrey White<br>Hearing Date: May 13, 2025<br>Hearing Time: 9:00 a.m. |

*J.C., et al., v. Noem, et al.,* No. 4:25-cv-03502-JSW
DECLARATION OF JOHNNY SINODIS

| | |
|---|---|
| S.Y., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>Kristi NOEM, in her official capacity, Secretary of the U.S. Department of Homeland Security, et al.<br><br>　　　　Defendants. | Case Nos. 4:25-cv-03244-JSW<br><br>**DECLARATION OF JOHNNY SINODIS IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEF**<br><br><u>Request for Declaratory and Injunctive Relief</u><br><br>Judge: Hon. Jeffrey White<br>Hearing Date: May 13, 2025<br>Hearing Time: 9:00 a.m. |
| J.C., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>Kristi NOEM, in her official capacity, Secretary of the U.S. Department of Homeland Security, et al.<br><br>　　　　Defendants. | Case Nos. 4:25-cv-03502-JSW<br><br>**DECLARATION OF JOHNNY SINODIS IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEF**<br><br><u>Request for Declaratory and Injunctive Relief</u><br><br>Judge: Hon. Jeffrey White<br>Hearing Date: May 13, 2025<br>Hearing Time: 9:00 a.m. |
| Jungwon Kim, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>Kristi NOEM, in her official capacity, Secretary of the U.S. Department of Homeland Security, et al.<br><br>　　　　Defendants. | Case Nos. 4:25-cv-03383-JSW<br><br>**DECLARATION OF JOHNNY SINODIS IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEF**<br><br><u>Request for Declaratory and Injunctive Relief</u><br><br>Judge: Hon. Jeffrey White<br>Hearing Date: May 13, 2025<br>Hearing Time: 9:00 a.m. |

*D*J.C., et al., v. Noem, et al., No. 4:25-cv-03502-JSW
DECLARATION OF JOHNNY SINODIS

| | |
|---|---|
| Shangshang Wang, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>Kristi NOEM, in her official capacity, Secretary of the U.S. Department of Homeland Security, et al.<br><br>    Defendants. | Case Nos. 4:25-cv-03323-JSW<br><br>**DECLARATION OF JOHNNY SINODIS IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEF**<br><br>Request for Declaratory and Injunctive Relief<br><br>Judge: Hon. Jeffrey White<br>Hearing Date: May 13, 2025<br>Hearing Time: 9:00 a.m. |

J.C., et al., v. Noem, et al., No. 4:25-cv-03502-JSW
DECLARATION OF JOHNNY SINODIS

I, Johnny Sinodis, hereby declare as follows:

1. I am a partner at Van Der Hout LLP, which is located at 360 Post Street, Suite 800, San Francisco, California 94108. I have personal knowledge of the matters stated herein because I am Plaintiffs' attorney in the instant matter. I make this declaration in support of Plaintiffs in the above-captioned cases' consolidated Supplemental Brief in Support of Motion for a Preliminary Injunction.

2. Attached as Exhibit A is an email filed by the government in *Patel v. Lyons*, 1:25-cv-01096-ACR (D.D.C.), on April 28, 2025, showing communication between the U.S. Department of State (DOS) and the U.S. Department of Homeland Security (DHS) regarding the mass termination of SEVIS records.

3. Additionally, several of the Plaintiffs in the above-captioned cases before this Court have informed undersigned Counsel that their SEVIS records show a gap between the date of unlawful termination and the date of reactivation by ICE, demonstrating that their SEVIS records were not restored *nunc pro tunc*. To date, counsel has been informed of gaps in the SEVIS records of the following Plaintiffs in case *J.C., et al. v. Noem et al.* (4:25-cv-03502-JSW):

- A.B. – gap in SEVIS records from 4/8/2025 through 4/24/2025
- D.Y. – gap in SEVIS records from 4/5/2025 through 4/28/2025
- Y.Z. – gap in SEVIS from 4/4/2025 through 4/24/2025

I declare under penalty of perjury that the foregoing statement is true and correct to the best of my own personal knowledge. Executed this 30th day of April 2025 at San Francisco, California.

/s/ Johnny Sinodis
Johnny Sinodis
Declarant

1

# EXHIBIT A

Case 4:25-cv-03292-ASW    Document 23-1    Filed 04/28/25    Page 6 of 6
Case 4:25-cv-03292-ASW    Document 27-1    Filed 04/30/25    Page 66 of 146

AR023

| | |
|---|---|
| **From:** | |
| **To:** | |
| **Subject:** | FW: Draft Email for ▉ to send to DHS: For DHS - Delta List by valid and no valid visa |
| **Date:** | Wednesday, April 2, 2025 3:50:29 PM |
| **Attachments:** | For DHS - Delta List Valid and No Valid Visa.xlsx |

Please terminate all in SEVIS.

▉▉▉▉▉▉▉
Division Chief
Homeland Security Investigations
National Security Division
Counterterrorism Division
Cell: ▉▉▉▉▉▉

**From:** ▉▉▉▉▉▉▉▉▉@state.gov>
**Sent:** Wednesday, April 2, 2025 3:35 PM
**To:** ▉▉▉▉▉▉@hsi.dhs.gov>; ▉▉▉▉▉▉@hsi.dhs.gov>
**Cc:** ▉▉▉▉▉▉@state.gov>; ▉▉▉▉▉▉@state.gov>; ▉▉▉▉▉▉@state.gov>
**Subject:** FW: Draft Email for ▉ to send to DHS: For DHS - Delta List by valid and no valid visa

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

▉▉▉▉▉▉,

We've run the Delta data against our systems.

- The first tab lists individuals with valid visas – how would you like us to prioritize revocations of these visas? ▉▉▉▉▉▉▉▉▉▉▉▉
- The second tab is students without a valid visa. We request that DHS terminate SEVIS status for these individuals as there is no valid visas for us to revoke and they were admitted under duration of status."

Regards,

▉

SENSITIVE BUT UNCLASSIFIED

AR023