1  PATRICK D. ROBBINS (CABN 152288)
   Acting United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  ELIZABETH D. KURLAN (CABN 255869)
   Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: 415-436-7200
6       Facsimile: 415-436-6748
        elizabeth.kurlan@usdoj.gov
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                         OAKLAND DIVISION
11

12 JOHN DOE,                          )  Case No. 4:25-cv-03140-JSW
                                      )
13        Plaintiff,                  )  **STIPULATION TO EXTEND THE DUE DATE**
                                      )  **FOR DEFENDANTS' SUPPLEMENTAL**
14    v.                              )  **OPPOSITION TO PLAINTIFFS' MOTION FOR**
                                      )  **PRELIMINARY INJUNCTION; [PROPOSED]**
15 DONALD J. TRUMP, in his official capacity as )  **ORDER**
   President of the United States of America, et al.,)
16                                    )
          Defendants.                 )
17                                    )
                                      )
18                                    )  The Honorable Jeffrey S. White
                                      )
19                                    )
                                      )
20 _____)
                                      )
21 S.Y., et al.,                      )  Case No. 4:25-cv-3244-JSW
                                      )
22             Plaintiff,             )
                                      )
23      v.                            )
                                      )
24 KRISTI NOEM, in her official capacity as )
   Secretary of the United States Department of )
25 Homeland Security, et al,          )
                                      )
26        Defendants.                 )
   _____)
27

28

STIPULATION
4:25-cv-03140- JSW and related cases

| | | |
|---|---|---|
| 1 | ZHOUER CHEN, *et al*. | ) Case No. 4: 25-cv-3292-JSW |
| 2 | Plaintiff, | ) |
| 3 | v. | ) |
| 4 | KRISTI NOEM, *et al*., | ) |
| 5 | Defendants. | ) |
| 6 | | ) |
| 7 | | ) |
| 8 | SHANGSHANG WANG, *et al.*, | ) Case No. 4:25-cv-3323-JSW |
| 9 | Plaintiffs, | ) |
| 10 | v. | ) |
| 11 | KRISTI NOEM, *et al.*, | ) |
| 12 | Defendants. | ) |
| 13 | | ) |
| 14 | | ) |
| 15 | JUNGWON KIM, *et al.*, | ) Case No. 4:25-cv-3383-JSW |
| 16 | Plaintiffs, | ) |
| 17 | v. | ) |
| 18 | KRISTI NOEM, *et al.*, | ) |
| 19 | Defendants. | ) |
| 20 | | ) |
| 21 | W.B. | ) Case No. 4:25-cv-3407-JSW |
| 22 | Plaintiff, | ) |
| 23 | v. | ) |
| 24 | KRISTI NOEM, *et al.*, | ) |
| 25 | Defendants. | ) |
| 26 | | ) |
| 27 | | |
| 28 | | |

STIPULATION
4:25-cv-03140- JSW and related cases

| | |
|---|---|
| SKY QUI, | ) Case No. 4:25-cv-3475-JSW |
|             Plaintiff, | ) |
| v. | ) |
| TODD M. LYONS, in his official capacity as Acting Director of United States Immigration and Customs Enforcement, | ) |
|             Defendant. | ) |
| EMMA BAI, | ) Case No. 4:25-cv-3481-JSW |
|             Plaintiff, | ) |
| v. | ) |
| KRISTI NOEM, *et al.*, | ) |
|             Defendants. | ) |
| J.C. *et al.*, | ) Case No. 4:25-cv-3502-JSW |
|             Plaintiffs, | ) |
| v. | ) |
| KRISTI NOEM, *et al.*, | ) |
|             Defendants. | ) |
| ARYAN SHAH, *et al.*, | ) Case No. 4:25-cv-3549-JSW |
|             Plaintiffs, | ) |
| v. | ) |
| TODD M. LYONS, | ) |
|             Defendant. | ) |

1   YIWEI HE,                                    )   Case No. 4:25-cv-3480-JSW
                                                  )
2                          Plaintiff,             )
                                                  )
3                   v.                            )
                                                  )
4   KRISTI NOEM, *et al.*,                        )
                                                  )
5                          Defendants.            )
                                                  )
6   _____ )

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION
4:25-cv-03140- JSW and related cases

1    On April 25, 2025, the Court set a hearing on the motions for preliminary injunction for May 13,

2    2025, and a briefing schedule that required Defendants' supplemental opposition to be filed by 2:00 p.m.

3    on May 6, 2025, and Plaintiffs' replies to be filed by May 9, 2025. *See*, *e.g.*, Dkt. No. 24. Plaintiffs and

4    Defendants have conferred and respectfully request the Court to grant an extension of time for

5    Defendants' supplemental opposition to Plaintiffs' motions for preliminary injunction, and set the due

6    date for Defendants' opposition to May 7, 2025, at 5:00 p.m. The parties make this request because

7    Defendants need additional time to obtain additional information that may be useful to Plaintiffs' request

8    for injunctive relief.

9    For *He v. Noem*, No. 4:25-cv-3480-JSW, the parties request that the Court set the due date for

10    their joint status report to May 7, 2025. The parties respectfully request that the Court grant their

11    stipulation.

12

13    Dated:  May 6, 2025                                    Respectfully submitted,[1]

14                                                                    PATRICK D. ROBBINS
                                                                       Acting United States Attorney

15

16                                                                    *s/ Elizabeth D. Kurlan*
                                                                       ELIZABETH D. KURLAN
17                                                                    Assistant United States Attorney

18                                                                    Attorneys for Defendants

19

20

21    Dated:  May 6, 2025                                       *s/ John Nicholas Sinodis*
                                                                       JOHN NICHOLAS SINODIS
22                                                                    Van Der Hout, LLP

23                                                                    *Attorney for Plaintiffs*

24

25

26

27    _____

28    [1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

STIPULATION
4:25-cv-3140 JSW and related cases                    1

1          *s/ Andre Y. Bates*
          ANDRE Y. BATES
2          DeHeng Law Offices PC

3          *Attorney for Plaintiffs*

4

5          *s/ Jesse M. Bless*
          JESSE M. BLESS
6          Bless Litigation

7          *Attorney for Plaintiffs*

8

9          *s/ Brad Banias*
          BRAD BANIAS
10         Banias Law

11         *Attorney for Plaintiffs*

12

13         *s/ Ben Loveman*
          BEN LOVEMAN
14         Reeves Immigration Law Group

15         *Attorney for Plaintiff*

16

17

18         *s/ Zachary R. New*
          ZACHARY R. NEW
19         Joseph and Hall P.C.

20         *Attorney for Plaintiff*

21

22                    **[PROPOSED] ORDER**

23         Pursuant to the parties' stipulation, IT IS SO ORDERED. Defendants will file their supplemental

24 opposition to Plaintiffs' motion for preliminary injunction by May 7, 2025, at 5:00 p.m.

25

26 Date:                          _____

27                                JEFFREY S. WHITE
                                United States District Judge
28