PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: 415-436-7200
    Facsimile: 415-436-6748
    elizabeth.kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN DOE, <br><br> Plaintiff, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.*, <br><br> Defendants. | Case No. 4:25-cv-03140-JSW <br><br> **DEFENDANTS' NOTICE IN RESPONSE TO THE COURT'S MINUTE ORDER ON MAY 14, 2025** <br><br> The Honorable Jeffrey S. White |
| S.Y., *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of the United States Department of Homeland Security, *et al*, <br><br> Defendants. | Case No. 4:25-cv-3244-JSW |

DEFENDANTS' NOTICE
4:25-cv-03140- JSW and related cases

| | | |
|---|---|---|
| 1 | ZHOUER CHEN, *et al*. | Case No. 4: 25-cv-3292-JSW |
| 2 | Plaintiff, | |
| 3 | v. | |
| 4 | KRISTI NOEM, *et al*., | |
| 5 | Defendants. | |
| 8 | W.B. | Case No. 4:25-cv-3407-JSW |
| 9 | Plaintiff, | |
| 10 | v. | |
| 11 | KRISTI NOEM, *et al*., | |
| 12 | Defendants. | |
| 15 | J.C. *et al*., | Case No. 4:25-cv-3502-JSW |
| 16 | Plaintiffs, | |
| 17 | v. | |
| 18 | KRISTI NOEM, *et al*., | |
| 19 | Defendants. | |

DEFENDANTS' NOTICE
4:25-cv-03140- JSW and related cases

Defendants respectfully submit this notice in response to the Court's minute order issued on May 14, 2025. Defendants enclose the following:

1. A copy of the transcript from the evidentiary hearing on May 5, 2025, in *Bushireddy v. Lyons*, No. 25-cv-1102 (D.D.C.).

2. A copy of the text that is in the letter that United States Immigration and Customs Enforcement ("ICE") is in the process of sending out to all students whose records in the Student and Exchange Visitor Information System ("SEVIS").

3. Copies of two relevant decisions issued after the filing of Defendants' supplemental opposition, in which the courts denied plaintiffs' motion for preliminary injunction: *Doe v. Noem*, No. 25-cv-633, slip op. (W.D. Wash. May 14, 2025) (ECF 48); and *Student Doe #1 v. Noem*, No. 25-cv-847 (C.D. Cal. May 9, 2025) (ECF 38).

DATED: May 14, 2025

Respectfully submitted,

PATRICK D. ROBBINS
Acting United States Attorney

s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney

*Attorneys for Defendants*