1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  ELIZABETH D. KURLAN (CABN 255869)
   Assistant United States Attorney
4
5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
       Telephone: (415) 436-7298
6      Facsimile: (415) 436-6748
       Elizabeth.Kurlan@usdoj.gov
7
   Attorneys for Defendants
8
                       UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10
                              OAKLAND DIVISION
11
   J.C., *et al.*,
12
                                          Case No. 4:25-cv-03502 JSW
             Plaintiffs,
13
       v.                                 **STIPULATION TO EXTEND TIME FOR**
14                                        **DEFENDANTS' RESPONSE TO PLAINTIFFS'**
   KRISTI NOEM, Secretary of the United States   **COMPLAINT; AND [PROPOSED] ORDER**
15 Department of Homeland Security, *et al.*,
   a, *et al*.,
16
             Defendants.
17

18

19     Plaintiffs and Defendants hereby stipulate and respectfully request the Court to extend the

20 deadline for Defendants' response to Plaintiffs' complaint. Defendants will file their response on or

21 before July 23, 2025. The parties make this request because Defendants need a brief period of additional

22 time to prepare their response to the complaint.

23 ///

24 ///

25

26

27

28

Stipulation to Extend
C 4:25-cv-03502 JSW                              1

Dated: June 23, 2025

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

 */s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: June 23, 2025

*/s/ Zachary Nightingale*
ZACHARY NIGHTINGALE
JOHN N. SINODIS
Attorneys for Plaintiffs

# [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED. Defendants will file their response to Plaintiffs' complaint by July 23, 2025.

Date: 

JEFFREY S. WHITE
United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

# DECLARATION OF ELIZABETH D. KURLAN

I, Elizabeth D. Kurlan, declare and state as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California and counsel of record for the federal Defendants in the above-captioned action.

2. On April 22, 2025, Plaintiffs filed a complaint in which they challenge the termination of their records in the Student Exchange and Visitor Information System. *See* Dkt. No. 1. Our office was served with the complaint on April 23, 2025.

3. On June 18, 2025, I contacted Plaintiffs' counsel regarding Defendants' request for an extension of time to prepare their response to the complaint, and Plaintiffs consented to the request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: June 18, 2025

> */s/ Elizabeth D. Kurlan*
> ELIZABETH D. KURLAN
> Assistant United States Attorney