1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  ELIZABETH D. KURLAN (CABN 255869)
   Assistant United States Attorney
4
5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
       Telephone: (415) 436-7298
6      Facsimile: (415) 436-6748
       Elizabeth.Kurlan@usdoj.gov
7
   Attorneys for Defendants
8
                           UNITED STATES DISTRICT COURT
9
                          NORTHERN DISTRICT OF CALIFORNIA
10
                                  OAKLAND DIVISION
11

12  J.C., *et al*.,
                                          Case No. 4:25-cv-03502 JSW
13               Plaintiffs,
                                          ORDER GRANTING
14       v.                               **SECOND STIPULATION TO EXTEND TIME**
                                          **FOR DEFENDANTS' RESPONSE TO**
15  KRISTI NOEM, Secretary of the United States    **PLAINTIFFS' COMPLAINT;** ~~AND~~
    Department of Homeland Security, *et al*.,     ~~[PROPOSED] ORDER~~
16  a, *et al*.,

17               Defendants.

18

19       On June 24, 2025, the Court granted the parties' first stipulation to extend time for Defendants'

20  response to Plaintiffs' complaint, setting a due date for Defendants' response to Plaintiffs' complaint as

21  July 23, 2025. *See* Dkt. No. 42.  The parties hereby stipulate to an additional extension of time for

22  Defendants' response to Plaintiffs' complaint.  Defendants will file their response on or before

23  August 22, 2025. The parties make this request because Defendants are still in the process of conferring

24  on how to proceed with this action. For these reasons, and as articulated below in Declaration of

25  Counsel, the parties respectfully request that the Court grant their stipulation.

26  ///

27  ///

28
    Stipulation to Extend
    C 4:25-cv-03502 JSW                          1

Dated: July 14, 2025 Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

 /s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: July 14, 2025

 /s/ Johnny Sinodis
JOHN N. SINODIS
ZACHARY NIGHTINGALE
Attorneys for Plaintiffs

### [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED. Defendants will file their response to Plaintiffs' complaint by August 22, 2025.

Date:   July 14, 2025

JEFFREY S WHITE
United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Extend
C 4:25-cv-03502 JSW                             2