Marc Van Der Hout (CA Bar #80778)
Johnny Sinodis (California Bar # 290402)
Van Der Hout LLP
360 Post Street, Suite 800
San Francisco, CA 94108
Telephone: (415) 981-3000
Fax: (415) 981-3003
Email: ndca@vblaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>  Plaintiff,<br><br> v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.*,<br><br>  Defendants. | Case No. 4:25-cv-03140-JSW<br><br>**STIPULATION TO EXTEND THE DUE DATE FOR DEFENDANTS' SUPPLEMENTAL OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION;** [PROPOSED] **ORDER**<br><br>The Honorable Jeffrey S. White |
| S.Y., *et al.*,<br><br>  Plaintiff,<br><br> v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the United States Department of Homeland Security, *et al*,<br><br>  Defendants. | Case No. 4:25-cv-3244-JSW |
| ZHOUER CHEN, *et al*.<br><br>  Plaintiff, | Case No. 4: 25-cv-3292-JSW |

STIPULATION
4:25-cv-03140- JSW and related cases

1      v.      )
2   KRISTI NOEM, *et al.*,    )
3       Defendants.     )

6   J.C. *et al.*,            )   Case No. 4:25-cv-3502-JSW
7       Plaintiffs,     )
8      v.      )
9   KRISTI NOEM, *et al.*,    )
10      Defendants.     )

STIPULATION
4:25-cv-03140- JSW and related cases

On May 7, 2025, the Court granted the parties' stipulation to an extension of time for Defendants' supplemental opposition to Plaintiffs' motion for preliminary injunction, setting the deadline for Defendants' opposition on May 8, 2025, at 5:00 p.m. *See* Dkt. No. 58. The Court noted that "[i]f the parties are not able to resolve these matters, the Court reserves the right to continue the hearing to May 14, 2025 at 10:00 a.m."

Following the Court's order, Plaintiffs and Defendants have been continuing to engage in negotiations to explore whether a potential resolution of these cases might be possible. Accordingly, the parties respectfully request the Court to grant an extension of time for Defendants' supplemental opposition to Plaintiffs' motions for preliminary injunction, and set the due date for Defendants' opposition to May 9, 2025, at 5:00 p.m. The parties additionally request that the Court set the due date for Plaintiffs' reply for May 13, 2025, at 12:00 p.m., and set a hearing in this matter for May 14, 2025, at 10:00 a.m., which is the date and time the Court, in its May 7 order, stated it might set the hearing for, should there be any further extensions sought. Since the parties are now requesting those brief further filing extensions, they request that the Court does set the hearing in this matter for the May 14, 2025, date at 10:00 a.m. The parties do not anticipate any further extensions of time will be sought.

Dated:                                Respectfully submitted,[1]

                                      PATRICK D. ROBBINS
                                      Acting United States Attorney


                                      *s/ Elizabeth D. Kurlan*
                                      ELIZABETH D. KURLAN
                                      Assistant United States Attorney

                                      Attorneys for Defendants

Dated:
                                      *s/ John Nicholas Sinodis*
                                      JOHN NICHOLAS SINODIS
                                      Van Der Hout, LLP

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

STIPULATION
4:25-cv-3140 JSW and related cases                      1

*s/ Andre Y. Bates*
ANDRE Y. BATES
DeHeng Law Offices PC

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED. Defendants will file their supplemental opposition to Plaintiffs' motion for preliminary injunction by May 9, 2025, at 5:00 p.m. Plaintiffs will file their reply by May 13, 2025, at 12:00 p.m. A hearing will be held on May 14, 2025, at 10:00 a.m.

May 9, 2025

