CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH BRAKEBILL (CABN 196696)
Chief, Civil Division
PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Facsimile: (415) 436-6748

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | No. 25-cv-03140 JSW<br><br>**ORDER GRANTING STIPULATION RE MAGISTRATE JURISDICTION AND REFERRING CASES TO MAGISTRATE JUDGE SALLIE KIM AND EXTENDING DEADLINE TO SUBMIT STATUS REPORT** |
| S.Y., *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>MARKWAYNE MULLIN, *et al.*,<br><br>Defendants. | No. 25-cv-3244-JSW |
| J.C. *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>MARKWAYNE MULLIN, *et al.*,<br><br>Defendants. | No. 25-cv-3502-JSW |

Pursuant to the Court's Order dated October 5, 2026, *see*, *e.g.*, *Doe v. Trump*, No. 25-cv-3140, Dkt. No. 123, the parties in these three related cases provide this joint status report and stipulation.

In its October 5, 2026 Order, the Court directed the parties to "meet and confer and advise the Court by October 20, 2026, whether they will consent to a Magistrate Judge for all purposes." *Doe,* Dkt. No. 123 at 2. The parties have met and conferred as directed by the Court and have agreed that they consent to reassignment of this case to Magistrate Judge Sallie Kim to conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. The parties understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

The parties further report that they are continuing to meet and confer regarding the remaining disputed issues asserted in the original complaints in this litigation, and whether they can be resolved without further involvement of the Court. This process is ongoing, and the parties agree that additional time beyond the next status report date of November 6, 2026, may be needed to engage in this process and to determine if any further involvement of the Court will be needed. Accordingly, the parties propose that they submit a further status report by December 21, 2026. At that time, the parties will report whether they have reached a resolution or whether they need additional time to complete the process; or, in the alternative, will propose a case management schedule for the Court's consideration. If the parties have reached a resolution of these matters in advance of that date, they will promptly advise the Court.

DATED: October 20, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*s/ Pamela T. Johann**
PAMELA T. JOHANN
Assistant United States Attorney

Attorneys for Defendants

DATED: October 20, 2026

VAN DER HOUT, LLP

*s/ John Nicholas Sinodis*
JOHN NICHOLAS SINODIS

Attorneys for Plaintiffs

*In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

**ORDER**

Pursuant to the parties' stipulation, the Court HEREBY REFERS these cases to Magistrate Judge Sallie Kim. The Parties will file a joint status report by December 21, 2026.

Date: October 21, 2026

HON. JEFFREY S. WHITE
United States Senior District Judge

cc: Magistrate Judge Sallie Kim
Magistrate Referral Clerk